Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
201/200.0300
Attorney for Dilson Almanzar, Eloisa Almanzar,
Zenon V. Reyes, Marino Restituyo, Milady Restituyo,
Mariano Henriquez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - NEWARK VICINAGE**

---

Dilson Almanzar, Eloisa Almanzar,
Zenon V. Reyes, Marino Restituyo, and
Milady Restituyo,
        Plaintiffs,

    vs.

Morgan Funding, Corp., Edwin Plata,      Civil Action Number:
David Bressler, Esq., Marc Bressler, Esq.   2:06-cv-4479 (PGS)
Bressler and Duyk Law Firm,
Indy Mac Bank, F.S.B., John Doe Nos. 1-10,
(fictitious names), ABC Corp. Nos. 1-10,
(fictitious names),
        Defendants.

---

Mariano Henriquez,
        Plaintiff,

    vs.

Morgan Funding, Corp., Edwin Plata,
David Bressler, Esq., Marc Bressler, Esq.
Bressler and Duyk Law Firm, Lee Schapiro,
Indy Mac Bank, F.S.B., Mohammed Hameeduddin,
Danielle Whitaker, Escape Title &
Financial Services, Inc., John Doe Nos. 1-10,
(fictitious names), and ABC Corp. Nos. 1-10,
(fictitious names),
        Defendants.

---

**STIPULATION OF DISMISSAL**
**AS TO DEFENDANT INDYMAC BANK, FSB**
**WITH PREJUDICE**

This matter having been amicably adjusted by and between the

parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against IndyMac Bank, FSB.

Dated: October 28, 2008

By _____
John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
Attorney for the Plaintiffs

By _____
Diane A. Bettino, Esq.
Reed Smith LLP
PO Box 7839
136 Main
Princeton, NJ 08543
Attorney for IndyMac Bank, FSB

SO ORDERED: _____
DATED: 10/29/08

2